## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Joshua Paul Wilkerson | : Case No.: 15-09459 |
| Gretchen Fawn Wilkerson | : Chapter 7 |
| | : Judge Robyn L. Moberly |
| Debtor. | : * * * * * * * * * * * * * * * * * * * * |
| | : |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)

The creditor, Nationstar Mortgage LLC , hereby moves the Court, pursuant to 11 U.S.C. § 362(d) and § 554, to lift the automatic stay and abandon from the estate the following real property:

600 Hurricane St, Franklin, IN 46131, (hereinafter the "Property").

In support of the motion, the Creditor states the following:

1. Joshua Paul Wilkerson and Gretchen Fawn Wilkerson (hereinafter collectively, "Debtor") filed a Chapter 13 case on November 16, 2015, (hereinafter the "Petition Date") and converted to a Chapter 7 bankruptcy on June 13, 2016.

2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as Exhibit "A".

3. The above described Mortgage was given to secure a promissory note, (hereinafter the "Note"), dated November 2, 2009 and made payable to the Creditor in the original sum of $138,380.00.  A copy of the Note is attached hereto as Exhibit "B".

1

16-004564_VMP

4. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Johnson County Recordings Office on November 19, 2009. Evidence of perfection is attached as Exhibit "A".

5. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

6. As of July 1, 2016, the outstanding principal of the Note was $127,283.78 and the outstanding interest was $10,580.53.

7. The Property is burdensome and/or of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

   a. Debtor has no equity in the Property. Creditor believes that the Property has a value of $143,500.00 based on the Auditor's tax record, which is attached hereto as Exhibit "C". The balance on Creditor's first mortgage together with Debtor's claimed exemption in the amount of $31,819 exceeds the value of the Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

   b. The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since October 1, 2014 through July 2016

   c. Debtor intends to surrender the Property located at 600 Hurricane St, Franklin, IN 46131 according to the Statement of Intent filed.

8. The Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within thirty (30) days of the date it is filed. Creditor, by counsel, further prays that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 14 days of the date of this notice. Those not required or not permitted to file

16-004564_VMP

electronically must deliver any objection by U.S. mail, courier, overnight/express mail or in person at:

**<u>Indianapolis</u>**
116 U.S. Courthouse, 46 E. Ohio St.
Indianapolis, IN  46204

The objecting party must ensure delivery of the objection to the party filing the motion.  If an objection is NOT timely filed, the requested relief and abandonment may be granted.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

Respectfully submitted,

  /s/ Sarah E. Willms
Sarah E. Willms (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Daniel C. Wolters (0076521)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

16-004564_VMP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Gregory K. Silver, 334 N. Senate Avenue, Indianapolis, IN 46204, trusteegksilver@yahoo.com

Brian Keith Alsip, Attorney for Joshua Paul Wilkerson and Gretchen Fawn Wilkerson, 150 N. Main Street, Franklin, IN 46131, alsiplaw@gmail.com

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from Automatic Stay and Abandonment of Property Because Statement of Intent Proposes Surrender of Property and Notice of Objection Deadline with 30-Day Waiver (First Mortgage) was served on all parties listed on the attached creditor matrix via regular U.S. Mail, postage prepaid on July  27, 2016.

/s/ Sarah E. Willms

16-004564_VMP