SO ORDERED: June 22, 2017.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| JOSHUA PAUL WILKERSON | ) |
| GRETCHEN FAWN WILKERSON, | ) |
| | ) Case No. 15-09459-RLM-7 |
| | ) Chapter 7 |
| | ) |
| | ) |
| Debtor(s). | ) |

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN F.C. TUCKER AND COMPANY AS CO-REAL ESTATE BROKER TO PROCURE CONSENTED SALE PURSUANT TO 11 U.S.C. §§327, 328 , 330,506**

This matter is before the Court on the *Trustee's Application to Retain F.C.Tucker and Company As Co-Real Estate Broker to Procure Consented Sale pursuant to 11 U.S.C. § § 327, 328 , 330 and 506* ("Application"), filed by Gregory K. Silver, the trustee. The Court having reviewed and considered the Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of bankruptcy estate and the creditors the Court hereby FINDS that:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Application is hereby GRANTED.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavits.

3. F.C. Tucker and Company is a disinterested party within the meaning of Bankruptcy Code Section 101(14).

4. The Trustee is authorized to retain and enter into any and all agreements necessary to effectuate the hiring of F.C. Tucker and Company with Bk Global as co-brokers to procure Secured Creditor's Consent, and otherwise market and sell the subject property, in Debtors' Chapter 7 case at 600 Hurricane St, Franklin, In pursuant to Sections 327, 328(a), 330 and 506 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions to be forth in a Listing Agreement.

5. The compensation of the co-brokers shall be 6% of the gross sale with 2% each to said two co-brokers and 2% to the buyer's broker and such compensation hereinafter shall be paid as a part of the cost of the administration of this Bankruptcy Estate in accordance with the provisions of the Bankruptcy Code upon proper application to this Court along with the trustee fee and other costs of administration.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order which is a Final Order..

###